UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HARCOURT ASSESSMENT, INC.,<br><br>             Plaintiff,<br><br>      v.<br><br><br>FAMILY LEARNING ORGANIZATION, et al.,<br><br>             Defendant. | No. CV-04-472-FVS<br><br>ORDER OF DISMISSAL |

On June 7, 2006 this Court Ordered the parties to show cause why this matter should not be dismissed for failure to prosecute. A review of the file shows that there has been no response to the Court's Order to Show Cause.  Now, therefore

**IT IS HEREBY ORDERED** that this case is dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED:**  The District Court Executive is hereby directed to enter this order, **close** this file and furnish copies to counsel.

**DATED** this ___13th___ day of July, 2006.


                           s/ Fred Van Sickle
                           Fred Van Sickle
                    Chief United States District Judge


ORDER OF DISMISSAL - 1